

| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MORGAN D. KUNZ<br>*Assistant Corporation Counsel*<br>phone: (212) 788-0422<br>fax: (212) 788-9776<br>mkunz@law.nyc.gov |
|---|---|---|

June 25, 2010

**BY E.C.F.**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Marcus Reina v. The City of New York, et. al.
               09 CV 5031 (ILG)(RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. Defendant City of New York writes to update the Court on the status of settlement negotiations. Defendant apologizes for the delay in submitting this update.

      The parties are very close to a settlement agreement and anticipate finalizing the agreement by Monday, June 28, 2010. Should it please the court, in the event that an agreement is not be reached by Wednesday, June 30, 2010, the parties will write to the Court and request further assistance.

      Defendant thanks the Court for its time and consideration of this request.

      Respectfully submitted,

      /s/

      Morgan D. Kunz
      Assistant Corporation Counsel
      Special Federal Litigation Division

cc:    Robert Marinelli, Esq., *Attorney for Plaintiff* (By E.C.F.)